UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   5:20-cv-01639-RAO                                        Date: July 7, 2022

Title   Michelle Fisher-James Eakins v. Andrew Saul

Present: The Honorable:   Rozella A. Oliver, United States Magistrate Judge

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Recorder / Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS)   RE: MOTION FOR ATTORNEY FEES [22]**

This Court is in receipt of Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b), filed on July 6, 2022.  The Commissioner shall file and serve any opposition no later than July 20, 2022. If Plaintiff objects to the request for attorney's fees, then Plaintiff shall file and serve any opposition no later than July 20, 2022, and mail to:  United States District Court, 255 E. Temple St., Los Angeles, CA 90012, RE: Case 5:20-cv-01639-RAO

The matter will thereafter be taken under submission.

Plaintiff's counsel is directed to serve this Order on Plaintiff and to file a proof of service within five (5) court days.

**IT IS SO ORDERED.**

:
**Initials of Preparer**   dl